# United States District Court

## SOUTHERN DISTRICT OF INDIANA

**UNITED STATES OF AMERICA**

v.

**CHRISTOPHER LEGGETT**

**CRIMINAL COMPLAINT**

CASE NUMBER: 1:16-mj-0655

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief.

Count One:  On or about May 1, 2016, in Shelby County, in the Southern District of Indiana, CHRISTOPHER LEGGETT knowingly received and distributed visual depictions of minors engaging in sexually explicit conduct, in violation of 18.U.S.C. § 2252(a)(2).

I further state that I am a Special Agent, and that this complaint is based on the following facts:

### SEE ATTACHED AFFIDAVIT

**Continued on the attached sheet and made a part hereof.**

_Special Agent Michael Johnson, HSI_

**Sworn to before me, and subscribed in my presence**

October 4, 2016
**Date**

at   Indianapolis, Indiana

Tim A. Baker, U.S. Magistrate Judge
**Name and Title of Judicial Officer**

**Signature of Judicial Officer**

## AFFIDAVIT

I, Special Agent Michael Johnson, being duly sworn, hereby depose and state as follows:

## INTRODUCTION AND AGENT BACKGROUND

1.  **Affiant**:   I am a Special Agent with the Department of Homeland Security, Homeland Security Investigations ("HSI").  I am currently assigned to the Office of the Resident Agent in Charge, Indianapolis, Indiana (RAC/IP).  I have been employed as a Special Agent with HSI since February of 2006.  Before being appointed as a Special Agent with HSI, I was a Police Officer for the City of Indianapolis for approximately eleven years.  The last four years, I was assigned to a federal task force.  During my experience with both agencies, I have been involved in numerous investigations, including those involving production, advertising, distribution and possession of child pornography.  I have had training through the Federal Law Enforcement Training Center, HSI, the Indiana State Police, Office of Juvenile Justice Prevention, the United States Attorney's Office, and Project Safe Childhood in investigating computer related crimes and child exploitation.  Since being employed with HSI, I was temporarily assigned to HSI's Cyber Crimes Center (C3).  During that assignment, I worked on active undercover cyber investigations as well as the cataloging of over 10,000 images and videos of child pornography.  I have been involved in over one-hundred investigations pertaining to the sexual exploitation of children.

2. **Information Provided**: Because this affidavit is being submitted for the limited purpose of securing an arrest warrant and criminal complaint, I have not included each and every fact known to me concerning this investigation. I have set forth only the facts that I believe are necessary to establish probable cause that **Christopher Leggett** (DOB: 1983)("**Leggett**") has violated the following statute:

    a. Count 1, 18.U.S.C. § 2252(a)(2)(distribution and/or receipt of child pornography)

3.    **Requested action**: I make this affidavit in support of an application for a Criminal Complaint and Arrest Warrant for Leggett for a violation of the above listed statute.

4.    **Relevant Crimes**: I have set forth the facts that I believe necessary to establish probable cause to believe that **Leggett** has violated **18 U.S.C. § 2252(a)(2)**.

5.    **Distributing and Receiving Visual Depictions**: **18 U.S.C. § 2252(a)(2)** generally prohibits a person from knowingly transporting, shipping, receiving, distributing, reproducing for distribution, or possessing any visual depiction of minors engaging in sexually explicit conduct when such visual depiction was either mailed or shipped or transported in interstate or foreign commerce by any means, including by computer, or when such visual depiction was produced using materials that had traveled in interstate or foreign commerce.

6. **Definitions**:

    a.    "Sexually explicit conduct," as defined in 18 U.S.C. § 2256(2), means actual or simulated (a) sexual intercourse, including genital-genital, oral-genital, anal-genital, or oral-anal, whether between persons of the same or opposite sex; (b) bestiality; (c) masturbation; (d) sadistic or masochistic abuse; or (e) lascivious exhibition of the genitals or pubic area of any person.

    b.    "Visual depiction," as defined in 18 U.S.C. § 2256(5), includes undeveloped film and videotape, data stored on computer disc or other electronic means which is capable of conversion into a visual image, and data which is capable of conversion into a visual image that has been transmitted by any means, whether or not stored in a permanent format.

    c.    "Minor," as defined in 18 U.S.C. § 2256(1), refers to any person under the age of eighteen years.

7. **Mobile Computers and Devices**: I know from my training and experience that modern computers and communication devices are extremely portable. With the advancements in processing power and storage capacity, many of these devices operate similar to stand alone "desktop" type computers. Application developments, communication capabilities and portability have made these devices an indispensable part of everyday life. Persons who have these devices, particularly mobile phone type platforms, typically keep them readily available on their persons, in their residences, and in their vehicles.

8. **Kik:** Kik is an instant messaging application for mobile devices. Kik that allows Users 1) to communicate via text messaging; 2) to communicate in chat rooms; 3) to send and receive media files i.e. images and videos; 4) and to place notices or advertisements offering to distribute or receive data files. When registering for Kik, the user will supply certain information such as a name and email address. Kik will then issue a username either chosen by the user or suggested by Kik.

9. **Investigation of David Rossner:** On July 6, 2016, David Rossner was arrested in Bay County, Florida by Bay County Sheriff's Department Lieutenant J. Mathis for crimes related to the solicitation of a minor on the internet. Rossner was interviewed by Lt. Mathis and HSI Special Agent Michael Calam. During the interview, Rossner admitted to having received sexually explicit photos of minors.

10. Rossner gave consent for the search of his mobile device. During the search, Lt. Mathis discovered images and videos depicting child pornography along with communications related to the Kik Application.

11. **Identification of Kik user "Username1":** One of the Kik users that was discovered to have been communicating with Rossner was "Username1" (the actual username is known to your affiant). A review of the communication indicated that the following video file was sent from "Username1" to Rossner's user account: a video depicting a prepubescent female victim. The child is clothed when the video begins. During the video, the victim disrobes and begins to digitally manipulate her genitals.

12. A number of images files were found to have been transmitted from Rossner's user account to the "Username 1" user account including:

   a. 39690.jpg – This image depicts a nude pre-pubescent female who is on her hands and knees. An adult male is kneeling behind the child, engaging in intercourse with the victim.

   b. 39742.jpg - A pre-pubescent female is nude from the waist down and lying on her back in this image. An adult male is engaging in intercourse with the victim.

13. These communications and file transfers appeared to have occurred on May 1, 2016.

14. **Kik information**: On August 29, 2016, a Grand Jury Subpoena was issued to Kik for subscriber and login information for **Username 1**. Information received from Kik indicated that the **Username 1** account accessed Kik from IP addresses of 68.38.90.48, belonging to Comcast. Kik also provided a user provided email address of chrisLeggett90@gmail.com.

15. **Comcast information**: On September 20, 2016, Comcast responded to a subpoena requesting subscriber information related to IP address 68.38.90.48 from which **Username1** has been accessed. Comcast indicated that the service belonged to **Christopher Leggett** at the **3096 E Woodland Village Park, Shelbyville, Indiana 46176**.

16. **Christopher Leggett**: A check of publicly available information as well as Indiana Bureau of Motor Vehicles (BMV) records indicate that **Leggett**

is 33 years old (DOB: 1983) lives at the 3096 E Woodland Village Park, Shelbyville, Indiana 46176.

17.  A search of open source information revealed that the email address chrisLeggett90@gmail.com associates with a social media profile for "Christopher Leggett". A photo provided by BMV appears to be the same person associated with the social media profile.

18.  **Search Warrant and contact with Leggett**: On October 4, 2016, a Federal search warrant was served at the residence located at 3096 E Woodland Village Park, Shelbyville, Indiana 46176. Upon serving the warrant, your affiant came into contact with **Leggett.**

19.  I advised **Leggett** of the search warrant and advised him of his rights both verbally and by presenting an advice of rights form. **Leggett** waived his rights by signing the form and agreed to speak with me.

20.  **Leggett** confirmed that he was the creator and user of **Username1**. **Leggett** confirmed that he had participated in the communication involving Rossner, which is described above. **Leggett** recognized both the video he had sent to Rossner as well as the images he had received from Rossner.

21.  **Leggett** said that his sexual attraction to children began approximately ten (10) years ago. He went on to say that his behavior involving the trafficking of child pornography began approximately five (5) years ago. **Leggett** said that he has used both chat applications and general web

browsing to search for child pornography.  **Leggett** indicated that when viewing child pornography he becomes aroused and will masturbate.

22.   In addition to viewing child pornography, **Leggett** stated that he has engaged in live video chats with minors.  According to **Leggett**, during these chats the minors would engage in sexually explicit conduct that he could see over webcam.  **Leggett** would sometimes masturbate, which the minors could see over webcam.  **Leggett** estimates having engaged in this behavior fifteen (15) to twenty-five (25) times.

23.   **Conclusion**: Based upon the contents of this Affidavit, I respectfully request that the Court issue an arrest warrant and criminal complaint for the offenses listed above.

_____
Michael Johnson
Special Agent

Subscribed and sworn before me this 4th day of October, 2016.

_____
Tim A. Baker
United States Magistrate Judge
Southern District of Indiana